# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Samuel D. Church<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No. 3:16-cv-449<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; this matter is REMANDED to Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g). The case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Remand

Date: 6/20/2017

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk of Deputy Clerk